No. 03–8768.  LEVINE v. ELLIS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–8769.  ANDERSON v. MCCAUGHTRY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 03–8777.  BROWN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–972.  PAPPAS ET AL. v. CITY OF LAS VEGAS DOWNTOWN REDEVELOPMENT AGENCY ET AL.  Sup. Ct. Nev.  Motions of Paul and Laurel A. Molden, Arizona Property Owners Saied Afkary et al., and Pacific Legal Foundation et al. for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 03–7751.  VELTE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–8629.  HAYES v. RUNNELS, WARDEN.  C. A. 9th Cir. Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.